**CARLSON LYNCH, LLP**
Todd D. Carpenter (SBN 234464)
tcarpenter@carlsonlynch.com
Scott G. Braden (SBN 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Suite 603
San Diego, CA 92101
Tel:   619-762-1910
Fax:   619-756-6991

*Attorneys for Plaintiff
and the Putative Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA MOORE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUM, INC. D/B/A PLUM ORGANICS, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00624-LAB-LL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Mayra Moore pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 18, 2021　　　　　　　　**CARLSON LYNCH LLP**

By:  */s/Todd D. Carpenter*
　　　Todd D. Carpenter (SBN 234464)
　　　tcarpenter@carlsonlynch.com
　　　Scott G. Braden (SBN 305051)
　　　sbraden@carlsonlynch.com
　　　1350 Columbia St., Ste. 603
　　　San Diego, CA 92101
　　　Tel.:  619-762-1900
　　　Fax:  619-756-6991

　　　*Attorneys for Plaintiff
　　　and the Proposed Class*